LEE A. DRIZIN, ESQ.
Nevada Bar No. 4971
**LEE A. DRIZIN, CHTD.**
2460 Professional Court, Ste. 110
Las Vegas, NV 89128
(702) 798-4955   FAX (702) 798-5955
lee@leedrizin.com
Court Appointed Special
 Guardian Ad Litem

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| MELANIE MIX, Special Administratrix of the Estate of JUSHAI SPURGEON, Deceased; FARRAH BANKS, Natural Mother of Decedent, SAMUEL, SPURGEON, Natural Father of Decedent,<br><br>            Plaintiffs,<br><br>vs.<br><br>SALLYE JONES-JOHNSON; CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, SUSAN KLEIN-ROTHCHILD, DIRECTOR OF CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; SHARON HIDVEGHY, SUPERVISOR PLACEMENT SERVICES, CLARK COUNTY DEPARTMENT OF FAMILY SERVICES; DOE SOCIAL WORKERS I through X; DOE INDIVIDUALS XI-XX; DOE ORGANIZATIONS XXI-XXX; and ROE CORPORATIONS XXXI-XXXX,<br><br>            Defendants. | CASE NO. 2:06-CV-00411-RCJ-LRL<br><br>**PETITION TO DISCHARGE COURT APPOINTED SPECIAL GUARDIAN AD LITEM AND ORDER** |

COMES NOW, LEE A. DRIZIN, ESQ., Court-Appointed Special Guardian Ad Litem of the Decedent's minor siblings, and moves this Court for an order discharging the Special Guardian Ad Litem for his services in this case.

///

///

///

///

This Motion is based upon Local Rule 7-2, the attached Points and Authorities, all pleadings and papers filed in this case, and any oral argument the Court may hear on this motion.

DATED this 28 day of June, 2016.

LEE A. DRIZIN, CHTD.

By: _____
LEE A. DRIZIN, ESQ.
Nevada Bar No. 4971
2460 Professional Court, Ste. 110
Las Vegas, NV 89128
Special Guardian Ad Litem

**POINTS AND AUTHORITIES**

On or about August 19, 2009, an Order was entered approving the Amended Petition to Approve Compromise Settlement and Distribution and the matter was closed with the Court. As there are no further services to be performed by the Special Guardian Ad Litem, Petitioner would respectfully request this Court enter an Order Discharging the Special Guardian Ad Litem for his services in this case.

DATED this 28 day of June, 2016.

LEE A. DRIZIN, CHTD.

By: _____
LEE A. DRIZIN, ESQ.
Nevada Bar No. 4971
2460 Professional Court, Ste. 110
Las Vegas, NV 89128
Special Guardian Ad Litem

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE /
UNITED STATES MAGISTRATE JUDGE

Date: July 18, 2016