**AFFT**
PATTI S. WISE, ESQ.
Nevada Bar #5624
EDWARD M. BERNSTEIN & ASSOCIATES
500 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 471-5612
Fax: (702) 385-4640
pwise@edbernstein.com
Attorneys for Petitioner

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * * * *

IN THE MATTER OF:                )
                                 ) CASE NO.: **2:06-cv-411-RCJ-LRL**
SPECIAL BABY GIRL SPURGEON n/k/a )
SPECIAL RE'NEE TURNER            )
                                 )
        A Minor.                 )
_____ )

### AFFIDAVIT IN SUPPORT OF ORDER FOR RELEASE OF MONIES

Date of Hearing:  N/A
Time of Hearing:  N/A

STATE OF NEVADA        )
                       ) SS
COUNTY OF CLARK        )

PATTI S. WISE, ESQ., being first duly sworn, deposes and states that:

1.      I am a duly licensed attorney in the State of Nevada, and an associate of the law

firm of EDWARD M. BERNSTEIN & ASSOCIATES, with offices located at 500 South Fourth

Street, Las Vegas, Nevada.

2.      An Order in this matter was filed on May 3, 2010 for the deposit of monies into an

interest bearing, blocked trust account for the benefit of said minor until such time that the minor

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101

attained the age of eighteen (18) years.  A copy of said Order is attached hereto and made a part hereof as Exhibit "1".

3.     The Proof of Blocked Trust was filed with this Court on May 30, 2010 evidencing the establishment of the blocked trust account at BANK OF AMERICA Account No. 910 001 3461 2768 on May 21, 2010 in the amount of SIXTY-ONE THOUSAND THREE HUNDRED NINETY-NINE and 18/100 ($61,399.18) Dollars.  A copy of said Proof of Blocked Trust is attached hereto and made a part hereof as Exhibit "2".

FURTHER YOUR AFFIANT SAYETH NAUGHT.

Dated this ____4th____ day of April, 2017.

_____
PATTI S. WISE, ESQ.
Nevada Bar #5624

SUBSCRIBED and SWORN to before me
this __4th__ day of April, 2017.

_____
NOTARY PUBLIC in and for said
County and State

DELINA L. ANDERSON
Notary Public State of Nevada
No. 15-2387-1
My appt. exp. Jul. 14, 2019

**2:06-cv-411-RLH-LRL**

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101

**AFFT**
PATTI S. WISE, ESQ.
Nevada Bar #5624
EDWARD M. BERNSTEIN & ASSOCIATES
500 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 471-5612
Fax: (702) 385-4640
pwise@edbernstein.com
Attorneys for Petitioner

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CASE NO.: **2:06-cv-411-RLH-LRL** |
| SPECIAL BABY GIRL SPURGEON n/k/a | ) |
| SPECIAL RE'NEE TURNER | ) |
| | ) |
| A Minor. | ) |
| | ) |

## AFFIDAVIT IN SUPPORT OF ORDER FOR RELEASE OF MONIES

Date of Hearing: N/A
Time of Hearing: N/A

| | |
|---|---|
| STATE OF NEVADA | ) |
| | ) SS |
| COUNTY OF CLARK | ) |

PATTI S. WISE, ESQ., being first duly sworn, deposes and states that:

1.      I am a duly licensed attorney in the State of Nevada, and an associate of the law firm of EDWARD M. BERNSTEIN & ASSOCIATES, with offices located at 500 South Fourth Street, Las Vegas, Nevada.

2.      An Order in this matter was filed on May 3, 2010 for the deposit of monies into an interest bearing, blocked trust account for the benefit of said minor until such time that the minor

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 240-0000

EXHIBIT "1"

```
MIME-Version:1.0
From:cmecf@nvd.uscourts.gov
To:cmecfhelpdesk@nvd.uscourts.gov
Bcc:
--Case Participants: Magistrate Judge Lawrence R. Leavitt
(lrl_chambers@nvd.uscourts.gov), Judge Robert C. Jones
(rcj_chambers@nvd.uscourts.gov)
--Non Case Participants:
--No Notice Sent:

Message-Id:<4730459@nvd.uscourts.gov>
Subject:Activity in Case 2:06-cv-00411-RCJ-LRL Mix et al v. Jones-Johnson et al
*SEALED* Order
```
Content-Type: text/html

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy
permits attorneys of record and parties in a case (including pro se litigants) to receive one free
electronic copy of all documents filed electronically, if receipt is required by law or directed by the
filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each
document during this first viewing. However, if the referenced document is a transcript, the free
copy and 30 page limit do not apply.

NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by
unauthorized persons.

## United States District Court

### District of Nevada

### Notice of Electronic Filing

The following transaction was entered on 5/3/2010 at 4:32 PM PDT and filed on 5/3/2010
**Case Name:**      Mix et al v. Jones-Johnson et al
**Case Number:**    2:06-cv-00411-RCJ-LRL
**Filer:**
**WARNING: CASE CLOSED on 08/19/2009**
**Document Number:** 90

**Docket Text: *Sealed Entry***
SEALED ORDER to Compromise a Minor's Claim re [86] Proposed Order Submission
filed by Melanie Mix. See order for details. Petitioner and the Law Office of Edward M.
Bernstein & Associates shall have 30 days from the date of this order to cause proof
that the blocked trust account has been established. Status check set for 6/2/2010 10:00
AM in LV Courtroom 7D before Judge Robert C. Jones. Signed by Judge Robert C.
Jones on 5/3/10. (Copies have been distributed pursuant to the NEF - EDS)

**2:06-cv-00411-RCJ-LRL** No electronic public notice will be sent because the case/entry is sealed.

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1101333072 [Date=5/3/2010] [FileNumber=4730457-0]
[8859feb3144ac618568347babc81de7048fa1b1a9ca5cb4f714754af56dd6c6789a3
4b4bbb8b54c684c4092cf9caae5ca720c052ce4afe76e1c42161e6d73bbd]]

1  ORCC
2  GARY W. CALL, ESQ.
   EDWARD M. BERNSTEIN & ASSOCIATES
3  Nevada Bar No.: 6922
   500 South Fourth Street
4  Las Vegas, Nevada 89101
   Telephone:    (702) 471-5612
5  Facsimile:    (702) 385-4640
6  Attorneys for Petitioner

7                    UNITED STATES DISTRICT COURT

8                        DISTRICT OF NEVADA

9                            * * * * *

10 MELANIE MIX, Special Administratrix      ) CASE NO. 2:06-cv-411-RLH-LRL
11 of the Estate of JUSHAI SPURGEON,        )
   Deceased; FARRAH BANKS, Natural          )
12 Mother of Decedent                       )
                                            )
13          Plaintiffs,                     )
                                            )
14 vs.                                      )
                                            )
15                                          )
   SALLYE JONES-JOHNSON; CLARK              )
16 COUNTY DEPARTMENT OF FAMILY              )
17 SERVICES; SUSAN KLEIN-ROTHCHILD,         )
   DIRECTOR OF CLARK COUNTY                 )
18 DEPARTMENT OF FAMILY SERVICES;           )
   SHARON HIDVEGHY, SUPERVISOR              )  ORDER TO COMPROMISE
19 PLACEMENT SERVICES, CLARK COUNTY         )  MINOR'S CLAIM OF
20 DEPARTMENT OF FAMILY SERVICES            )  SPECIAL RE'NEE TURNER
   DOE SOCIAL WORKERS I through X; DOE      )  f/k/a SPECIAL BABY GIRL
21 INDIVIDUALS XI-XX; DOE                   )  SPURGEON
   ORGANIZATIONS XXI-XXX;                   )
22 ROE CORPORATIONS XXXI-XXXX,              )
                                            )
23          Defendants.                     )
24 ─────────────────────────────────────── )

25          ORDER TO COMPROMISE A MINOR'S CLAIM

26                    Time of Hearing: N/A
27                    Date of Hearing: N/A

28      The Petition of FELICIA TURNER and DARRELL TURNER, to compromise the

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 384-4000

Case 2:06-cv-00411-RCJ-LRL   Document 90 *SEALED*   Filed 05/03/10   Page 2 of 10

1   claim of SPECIAL RE'NEE TURNER f/k/a SPECIAL BABY GIRL SPURGEON[1], having

2   been submitted to this Honorable Court, and the Petitioners being represented by their

3   attorney, GARY W. CALL, ESQ., of the law firm of EDWARD M. BERNSTEIN &

4   ASSOCIATES, and AILEEN E. COHEN, ESQ. of THE LAW OFFICES OF LEE A.

5   DRIZIN, the Court having considered the Petition and the representation of counsel, found

6   that the allegations of the Petition were true, the Court granting the Petition, therefore it is

7   in the best interest of the minor that the settlement proposed in the Petition was and is

8   approved, and good cause appearing therefore;

9

10      1.      IT IS ORDERED, ADJUDGED AND DECREED that the Petitioner is

11  hereby authorized to accept the sum of NINETY-TWO THOUSAND DOLLARS and

12  No/100 ($92,000.00) Dollars plus FOUR THOUSAND SIX HUNDRED and No/100

13

14  ($4,600.00) from CLARK COUNTY DEPARTMENT OF FAMILY SERVICES, SUSAN

15  KLEIN-ROTHCHILD, and SHARON HIDVEGHY in settlement of the minor's claim

16  against Defendants for a total of NINETY-SIX THOUSAND SIX-HUNDRED and No/100

17  ($96,600.00).

18

19      2.      IT IS FURTHER ORDERED, ADJUDGED AND DECREED that

20  Petitioner pay attorney's fees and costs in the amount of Attorney's fees for SPECIAL

21  RE'NEE TURNER f/k/a SPECIAL BABY GIRL SPURGEON, pursuant to the EDWARD

22  M. BERNSTEIN & ASSOCIATES' contingency fee retainer agreement heretofore entered

23  into on the above-stated settlement are thirty-five percent (35%) or THIRTY-TWO

24  THOUSAND TWO HUNDRED DOLLARS and No/100 ($32,200.00) Dollars based on the

25  sum of NINETY-TWO THOUSAND DOLLARS and No/100 ($92,000.00) Dollars.  Costs

26

27  pursuant to the contingency fee retainer agreement heretofore entered into, shall be TWO

28

---

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 384-4000

[1] See Decree of Adoption attached and incorporated by reference herein.

2

HUNDRED SIXTY-FIVE DOLLARS and 42/100 ($265.42) Dollars made payable to EDWARD M. BERNSTEIN & ASSOCIATES.

3. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Petitioner pay attorney's fees and costs in the amount of Attorney's fees for SPECIAL RE'NEE TURNER f/k/a SPECIAL BABY GIRL SPURGEON, to the Court appointed guardian ad litem attorney Lee A. Drizin, Esq., attorney fees for TWO THOUSAND SEVEN HUNDRED TWENTY-THREE and 12/100 ($2,723.12) Dollars and costs of TWELVE and 28/100 ($12.28) Dollars.

4. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the total compromise, SPECIAL RE'NEE TURNER f/k/a SPECIAL BABY GIRL SPURGEON, will receive SIXTY-ONE THOUSAND THREE HUNDRED NINETY-NINE and 18/100 ($61,399.18) Dollars of said minor's claim be, and the same is, hereby approved, that said monies due the minor child shall, within thirty (30) days of the granting of this petition, be deposited in an interest bearing blocked trust account at Bank of America, 1933 West Craig Road, North Las Vegas, Nevada 89032, until said minor reaches eighteen (18) years of age or upon further Order of the Court.

5. IT IS FURTHER ORDERED, ADJUDGED AND DECREED that funds deposited in the blocked trust account shall not be liquidated or diminished without prior court approval upon a showing that a withdrawal is in the best interest of the minor child. A final accounting may be made prior to release of the funds upon the eighteenth birthday of the child.

6. IT IS FURTHER ORDERED that the parent, guardian, or person in charge of managing the investment may be ordered by this court to file periodic verified annual reports, should the court deem it appropriate, in order to detail the activities of the

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 384-4000

3

1 │ investment during the previous twelve (12) months pursuant to NRS 41.200(5).

2 │      7.    Authority to establish the blocked financial investment for the benefit of the

3 │
4 │ herein named minor is hereby given to the Petitioner and the law firm of Edward M.

5 │ Bernstein & Associates, or its representative.

6 │      8.    IT IS FURTHER ORDERED, ADJUDGED AND DECREED that within

7 │ thirty (30) days of the date of this order the Petitioner and the Law Offices of Edward M.

8 │ Bernstein & Associates shall cause proof to be filed with this court that the blocked trust

9 │ account has been established.  A status check before this court is set for

10 │ _ June 2, 2010,    _ at _ 10:00am    to show compliance with this order.  In the event

11 │ proof of compliance has been filed with this court, it will not be necessary for Petitioner or

12 │
13 │ Attorney of Record to attend the status hearing.

    Dated this 3rd day of May, 2010.

14 │
15 │
16 │
17 │     DISTRICT COURT JUDGE

18 │
19 │ Submitted by:

20 │ EDWARD M. BERNSTEIN & ASSOCIATES

21 │
22 │
23 │ By:_____
    GARY W. CALL, ESQ.
24 │     Nevada Bar No.: 6922
    500 South Fourth Street
25 │     Las Vegas, Nevada 89101
    (702) 471-5612
26 │     Attorneys for Petitioner
27 │
28 │ 2:06-cv-411-RLH-LRL

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101
(702) 384-4000

4

1 | **DECA**
HEATHER E. KEMP, ESQ.
2 | Nevada Bar No. 006374
KEMP & KEMP, Attorneys at Law
3 | 7435 W. Azure Drive, Suite 110
Las Vegas, NV 89130
4 | (702) 258-1183
5 | Attorney for Petitioners

FILED

SEP 10   9 49 AH '08

CLERK OF THE COURT

6 | **DISTRICT COURT, FAMILY DIVISION**

7 | **CLARK COUNTY NEVADA**

8 |

9 | In the Matter of the Petition of:                         )    Case No.:  D-08-398009-A
                                                             )    Dept. No.:  F
10 | DARRELL BRENT TURNER and                           )
FELICIA ROCHELLE TURNER,                                )
11 |                                                          )
for the Adoption of Minor Children.                         )

12 | <u>**DECREE OF ADOPTION**</u>

13 | This matter came before the Court on the 10th day of September, 2008, upon the Petition

14 | for Adoption of DARRELL BRENT TURNER and FELICIA ROCHELLE TURNER.  The

15 | Petitioners were present in Court and were represented by and through their attorney of record,

16 |

17 | HEATHER E. KEMP, ESQ., said Petitioners having been examined under oath, and the Court

18 | having reviewed the papers on file in this matter makes the following findings:

19 |     1.    That this Court has jurisdiction to adjudicate this matter pursuant to NRS

20 |         127.010;

21 |     2.    That the child sought to be adopted namely, SAMUEL LAMONT

22 |         SPURGEON, was born on May 17, 1998, in Las Vegas, Nevada, and he is

23 |         ten (10) years old;

24 |

25 |     3.    That the child sought to be adopted namely, SPECIAL BABIE GIRL

26 |         SPURGEON, was born on April 1, 1999, in Las Vegas, Nevada, and she is

27 |         nine (9) years old;

28 |

1

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DRIVE, SUITE 110
LAS VEGAS, NEVADA 89130
TEL. (702) 258-1183 • FAX (702) 258-6983

4.  That the child sought to be adopted namely, ROMELOW BANKS, was born on December 20, 2000, in Las Vegas, Nevada, and he is seven (7) years old;

5.  That the child sought to be adopted namely, CARMEL KARMON BANKS, was born on May 17, 2002, in Pomona, California, and he is six (6) years old;

6.  That the child sought to be adopted namely, KISH KYRO SPURGEON, was born on December 12, 2004, in Las Vegas, Nevada, and he is three (3) years old;

7.  That the five children sought to be adopted are siblings;

8.  That the children sought to be adopted have been determined to have "special needs" pursuant to NRS 127.186.

9.  That the parental rights of the natural mother of SAMUEL LAMONT SPURGEON, SPECIAL BABIE GIRL SPURGEON, ROMELOW BANKS, CARMEL KARMON BANKS and KISH KYRO SPURGEON, the legal father of KISH KYRO SPURGEON,  the putative father and any and all persons claiming to be the father of SAMUEL LAMONT SPURGEON, SPECIAL BABIE GIRL SPURGEON, ROMELOW BANKS, CARMEL KARMON BANKS were terminated by a court of competent jurisdiction in the Eighth Judicial District of the State of Nevada and the time to appeal the order terminating parental rights has expired;

10. That the Court has reviewed the confidential report submitted by the Department of Family Services, and it's contents are in all respects proper and satisfactory;

2

11. That the Petitioners are husband and wife and both consent to this adoption;

12. That the Petitioners have been residents of Clark County, Nevada, for more than six (6) months prior to the filing of their Petition;

13. That it is the desire of the Petitioners that the relationship of parent and child be established between themselves and SAMUEL LAMONT SPURGEON, SPECIAL BABIE GIRL SPURGEON, ROMELOW BANKS, CARMEL KARMON BANKS and KISH KYRO SPURGEON;

14. That the Petitioners herein desire that the names of the children be changed and that the child, SAMUEL LAMONT SPURGEON, henceforth bear the name of **SAMUEL TARRELL TURNER**; and that the child, SPECIAL BABIE GIRL SPURGEON, henceforth bear the name of **SPECIAL RE'NEE TURNER**; and that the child, ROMELOW BANKS, henceforth bear the name of **ROMELOW FARRELL TURNER**; and that the child, CARMEL KARMON BANKS, henceforth bear the name of **CARMEL NATHANIEL TURNER**; and that the child, KISH KYRO SPURGEON, henceforth bear the name of **KISH ELIJAH TURNER**;

15. That the Petitioners are more than ten years older than the minor children sought to be adopted;

16. That the minor children sought to be adopted have resided with the Petitioners for more than six (6) months prior to the granting of this Decree of Adoption;

17. That the Petitioners are financially able to provide for the support and maintenance of the minor children sought to be adopted;

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DRIVE, SUITE 110
LAS VEGAS, NEVADA 89130
TEL (702) 258-1183 • FAX (702) 258-6983

3

18. And it further appears to the satisfaction of the Court that the best interests of SAMUEL LAMONT SPURGEON, SPECIAL BABIE GIRL SPURGEON, ROMELOW BANKS, CARMEL KARMON BANKS and KISH KYRO SPURGEON will be promoted by said adoption;

19. That the children sought to be adopted are not Indian Children as defined by the Indian Child Welfare Act and that the Division of Child and Family Services and/or the Department of Family Services have met all ICWA requirements for these children;

20. That there has been full compliance with the law in regard to consent to adoption;

21. That there has been full compliance with N.R.S. 127.220 to 127.310, inclusive;

22. That the Petitioners herein have not entered into any post-adoption contact agreements with the natural/legal parent(s) of the children sought to be adopted;

23. That the Court finds that all documents filed in this matter are in all respects proper, and further finds that all of the allegations of said Petition are true.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that SAMUEL LAMONT SPURGEON, SPECIAL BABIE GIRL SPURGEON, ROMELOW BANKS, CARMEL KARMON BANKS and KISH KYRO SPURGEON are hereby declared to be adopted by the Petitioners, DARRELL BRENT TURNER and FELICIA ROCHELLE TURNER, and that said minor children shall henceforth be regarded and treated as the Petitioners' natural children and have all the lawful rights as their own children, including the

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DRIVE, SUITE 110
LAS VEGAS, NEVADA 89130
TEL. (702) 256-1183 • FAX (702) 256-0683

4

1   rights of support, protection and inheritance, and that the child, SAMUEL LAMONT

2   SPURGEON, shall henceforth bear the name of **SAMUEL TARRELL TURNER**; and that the

3   child, SPECIAL BABIE GIRL SPURGEON, shall henceforth bear the name of **SPECIAL**

4   **RE'NEE TURNER**; and that the child, ROMELOW BANKS, henceforth bear the name of

5   **ROMELOW FARRELL TURNER**; and that the child, CARMEL KARMON BANKS,

6

7   henceforth bear the name of **CARMEL NATHANIEL TURNER**; and that the child, KISH

8   KYRO SPURGEON, henceforth bear the name of **KISH ELIJAH TURNER**.

9        **IT IS FURTHER ORDERED** that SAMUEL LAMONT SPURGEON's, SPECIAL

10  BABIE GIRL SPURGEON's, ROMELOW BANKS's, CARMEL KARMON BANKS's and

11  KISH KYRO SPURGEON's birth certificates be amended to change the children's names and to

12

13  add DARRELL BRENT TURNER as the children's father, and FELICIA ROCHELLE TURNER

14  as the children's mother.

15       **IT IS FURTHER ORDERED** that all court costs of the adoptive parents are waived

16  pursuant to NRS 127.186, as the children sought to be adopted has been determined to have

17  "special needs" and the Division of Child and Family Services and/or the Department of Family

18  Services has consented to this adoption.

19       DATED and DONE in open Court this 10th day of September, 2008.

20

21                                         District Court Judge

22

23  Respectfully Submitted:

24  HEATHER E. KEMP, ESQ.                 SENIOR JUDGE
    Nevada Bar No. 006374                 NOEL MANOUKIAN
25  KEMP & KEMP, Attorneys at Law
    7435 W. Azure Drive, Suite 110
26  Las Vegas, NV 89130                   CERTIFIED COPY
    (702) 258-1183                        DOCUMENT ATTACHED IS A
27  Attorney for the Petitioners          TRUE AND CORRECT COPY
                                          OF THE ORIGINAL ON FILE
28
                                          CLERK OF THE COURT

                                          SEP 1 0 2008

KEMP & KEMP
ATTORNEYS AT LAW
7435 W. AZURE DRIVE, SUITE 110
LAS VEGAS, NEVADA 89130
TEL. (702) 258-1183 FAX (702) 258-6883

                                    5

EXHIBIT "2"

1

2  **PROF**
   GARY W. CALL, ESQ.

3  Nevada Bar No. 6922
   EDWARD M. BERNSTEIN & ASSOCIATES

4  500 South Fourth Street
   Las Vegas, Nevada  89101

5  Phone: (702) 471-5735
   Fax: (702) 385-4640

6  Attorneys for Petitioner

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF NEVADA**

9                               * * * * *

10 IN THE MATTER OF:                )

11                                  )        CASE   NO.   2:06-cv-0411-RCJ-LRL   .
                                    )
12 SPECIAL BABY GIRL SPURGEON n/k/a )
   SPECIAL RE'NEE TURNER,           )
13                                  )
                                    )
14       A Minor.                   )
   _____)

15

16     **PROOF OF ACCOUNTING OF MINOR'S BLOCKED TRUST ACCOUNT**

17                      Date of Hearing:  N/A
                        Time of Hearing:  N/A

18

19        Comes now, FELICIA TURNER and DARRELL TURNER, by and through

20 their attorney, GARY W. CALL, ESQ. of the law firm EDWARD M. BERNSTEIN

21 & ASSOCIATES, and hereby attaches an accounting of the blocked trust account

22 for SPECIAL BABY GIRL SPURGEON n/k/a SPECIAL RE'NEE TURNER,

23 Account no.

24 ///

25 ///

26 ///

27

28

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101

1

910 001 3461 2768, at BANK OF AMERICA established on May 21, 2010.

2

DATED this _25_ day of May, 2010.

3

4                                    EDWARD M. BERNSTEIN & ASSOCIATES

5

6                        By: _____

7                             GARY W. CALL, ESQ.
                              Nevada Bar No. 6922

8                             EDWARD M. BERNSTEIN & ASSOCIATES
                              500 South Fourth Street

9                             Las Vegas, Nevada  89101
                              Phone: (702) 471-5735

10                            Fax: (702) 385-4640
                              Attorneys for Petitioner

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101

2

To Whom It May Concern:

    RE:    Special Re'nee Turner f/k/a Special Baby Girl Spurgeon, a minor

Please be advised that a blocked trust account, number 910 001 3461 276B in the amount of Sixty-One Thousand Three Hundred Ninety-Nine Dollars and 18/100 ($61,399.18) has been established at Bank of America, 1933 West Craig Road, North Las Vegas, Nevada 89032, on this _____21st_____ day of __May__, 2010.

The funds from the trust account may not be withdrawn without further Order from the Court of the Eighth Judicial District of the State of Nevada.

_____
Authorized Agent of Bank of America

_____5/21/10_____
Date

2010-May-21 04:48 PM Bank of America 7026848756                                    2/9


**Bank of America**

BANK OF AMERICA, N.A. (THE "BANK")

*att Martha*
*702 385.4640.*

**Account Summary Information**

Thank you for allowing us to assist you with your banking needs. Here is a summary of the accounts and services we set up for you or which you applied for today. If any of this information is incorrect, please let us know. We appreciate the opportunity to serve you.

FELICIA TURNER

CD                                                          Fixed Term CD

    Account Number                              910 001 3461 2768

    Title on Account                            SPECIAL RE'NEE TURNER - WARD MINOR

                                         FELICIA DARRELL TURNER- GUARDIAN

                                         COURT ORDERED BLOCKED ACCOUNT

    Address                                     1936 LA CALERA AVE

                                           NORTH LAS VEGAS, NV 89084-2078

    Tax ID Number                               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

    Issue Amount                                $61,399.18

    Interest Rate/Annual Percentage Yield       2.23% / 2.25%

    Maturity Date                               03-21-2017

    Compound Frequency                          Monthly

    Payment Method                              Reinvestment

    Payment Frequency                           Monthly

| Bank Information | |
|---|---|
| Date | 2010-05-21 |
| Banking Center Name | CRAIG/CLAYTON |
| Associate's Name | THERESA NAVARRO |
| Associate's Phone Number | 702-654-3377 |

00-14-9082M  06-1999
NNV

Page 1

EXHIBIT "3"

PATTI S. WISE, ESQ.
Nevada Bar #5624
EDWARD M. BERNSTEIN & ASSOCIATES
500 South Fourth Street
Las Vegas, Nevada 89101
Phone: (702) 471-5612
Fax: (702) 385-4640
pwise@edbernstein.com
Attorneys for Petitioner

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * * * *

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) CASE NO.: **2:06-cv-411-RCJ-LRL** |
| SPECIAL BABY GIRL SPURGEON n/k/a | ) |
| SPECIAL RE'NEE TURNER | ) |
| | ) |
| A Minor. | ) |
| _____ | ) |

**ORDER FOR RELEASE OF MONIES**

Date of Hearing: N/A
Time of Hearing: N/A

    The court having reviewed the Affidavit of PATTI S. WISE, ESQ., of the law firm of EDWARD M. BERNSTEIN & ASSOCIATES, in Support of the Order for Release of Monies, and good cause appearing therefore,

...

...

...

...

...

EDWARD M.
BERNSTEIN
& ASSOCIATES
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101

1        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that BANK OF

2    AMERICA shall immediately release all monies held in Blocked Trust Account No.: 910 001

3    3461 2768 that is being held on behalf of said minor, as the said minor attained the age of

4    eighteen (18) years on April 1, 2017 as evidenced from the date of birth detailed on the

5    Decree of Adoption attached to the Affidavit of PATTI S. WISE, ESQ., and filed herein.

6        DATED: This 22nd day of May, 2017.

7

8

9    _____

10   United States District Court Judge

11

12

13   **2:06-cv-411-RCJ -LRL**

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**EDWARD M. BERNSTEIN & ASSOCIATES**
ATTORNEYS AT LAW
500 SO. FOURTH ST.
LAS VEGAS,
NEVADA 89101